Jenny Kramer
**ALSTON & BIRD**
90 Park Avenue, 12th Floor
New York, NY  10016-1387
Telephone: (212) 210-9420
Facsimile: (212) 910-9444
jenny.kramer@alston.com

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN BRITTON, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>POLESTAR AUTOMOTIVE HOLDING UK PLC, THOMAS INGENLATH, JOHAN MALMQVIST, and PER ANSGAR,<br><br>    Defendants. | Case No: 2:25-cv-00840<br><br>**NOTICE OF MOTION TO TRANSFER TO THE U.S. DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK** |

## NOTICE OF MOTION TO TRANSFER TO THE U.S. DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

TO: THE CLERK OF COURT AND ALL ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that on May 23, 2025, the undersigned attorney for Defendants Polestar Automotive Holding UK PLC, Thomas Ingenlath, Johan Malmqvist, and Per Ansgar (collectively, the "Defendants"), will move before the United States District Court for the District of New Jersey, Martin Luther King

Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07101 for an Order, pursuant to 28 U.S.C. § 1404(a), to transfer the above-captioned matter to the United States District Court for the Southern District of New York.

PLEASE TAKE FURTHER NOTICE that in support of this motion, the Defendants will rely upon the Brief and Declaration of Jenny Kramer. A proposed order is also submitted herewith.

Dated: May 23, 2025                    Respectfully submitted,

                                       */s/ Jenny Kramer*
                                       Jenny Kramer
                                       **ALSTON & BIRD**
                                       90 Park Avenue
                                       New York, NY  10016
                                       Telephone: (212) 210-9420
                                       Facsimile: (212) 210-9444
                                       Email: jenny.kramer@alston.com

                                       *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that this 23rd day of May, 2025, I served a copy of the

foregoing document through the CM/ECF system upon all counsel of record.

*/s/ Jenny Kramer*
Jenny Kramer