**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JOHN BRITTON, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> POLESTAR AUTOMOTIVE HOLDING UK PLC, THOMAS INGENLATH, JOHAN MALMQVIST, AND PER ANSGAR, <br><br> Defendants. | No.: 2:25-cv-00840-CCC-JBC <br><br> [PROPOSED] **ORDER EXTENDING TIME TO OPPOSE MOTION TO TRANSFER** |

**WHEREAS**, on May 23, 2025, Defendants filed a Motion to Transfer (Dkt. No. 17);

**WHEREAS**, Plaintiffs have requested an unopposed extension of time in which to oppose the Motion to Transfer from June 2, 2025 to June 23, 2025;

Good Cause Appearing, it is Hereby Ordered that:

Plaintiffs' time in which to oppose the Motion to Transfer is extended to June 23, 2025.

\*       \*       \*

1

DATED: 6/3/2025

SO ORDERED:

_____
HONORABLE JAMES B. CLARK, III
UNITED STATES Magistrate Judge

2