# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN BRITTON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>POLESTAR AUTOMOTIVE HOLDING UK PLC, THOMAS INGENLATH, JOHAN MALMQVIST, AND PER ANSGAR,<br><br>Defendants, | Case No. 2:25-cv-00840-CCC-JBC |
| FRANK RODRIGUEZ AND KINA THOMAS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>GORES GUGGENHEIM, INC. N/K/A POLESTAR AUTOMOTIVE HOLDING UK PLC; ALEC E. GORES; ANDREW M. ROSENFIELD; MARK R. STONE; ANDREW MCBRIDE; RANDALL BORT; ELIZABETH MARCELLINO; NANCY TELLEM; THOMAS INGENLATH; JOHAN MALMQVIST; and PER ANSGAR,<br><br>Defendants, | Case No. 2:25-cv-05403-CCC-JBC |

## NOTICE OF MOTION TO CONSOLIDATE

TO: THE CLERK OF COURT AND ALL ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that on June 20, 2025, the undersigned Co-Lead Counsel for Co-Lead Plaintiffs Mohamed Soliman and Timothy Bluto ("Co-Lead Plaintiffs") filed a Motion to Consolidate and, in accordance with the schedule set forth for the Motion Day of July 21, 2025, will move the United States District Court for the District of New Jersey, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07101 for an Order, consolidating the above-captioned actions pursuant to Fed. R. Civ. P. 42(a).

PLEASE TAKE FURTHER NOTICE that in support of the motion, Co-Lead Plaintiffs will rely upon the memorandum of law submitted herewith. A proposed Order is filed herewith as well.

Dated: June 20, 2025

Respectfully submitted,

/s/ Laurence M. Rosen
**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen
One Gateway Center, Suite 2600
Newark, NJ 07102
Tel: (973) 313-1887
Fax: (973) 833-0399
Email: lrosen@rosenlegal.com

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
Malcom T. Brown
Matthew M. Guiney
Rourke C. Donahue
270 Madison Avenue
New York, NY 10016
Tel: (212) 545-4600
Fax: (212) 686-0114
Email: Brown@whafh.com
Email: Guiney@whafh.com
Email: Donahue@whafh.com

*Co-Lead Counsel for Co-Lead Plaintiffs*

1

## CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2025, a true and correct copy of the foregoing document

was served by CM/ECF to the parties registered to the Court's CM/ECF system.

> */s/ Laurence M. Rosen*
> Laurence M. Rosen

2