# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN BRITTON, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> POLESTAR AUTOMOTIVE HOLDING UK PLC, THOMAS INGENLATH, JOHAN MALMQVIST, and PER ANSGAR, <br><br> Defendants. | Case No: 2:25-cv-00840-CCC-JBC <br><br> **ORDER EXTENDING TIME TO REPLY IN SUPPORT OF MOTION TO TRANSFER TO THE U.S. DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK** |

**WHEREAS**, on May 23, 2025, Defendants filed a Motion to Transfer to the U.S. District Court for the Southern District of New York (the "Motion to Transfer") [Dkt. 17];

**WHEREAS**, on May 30, 2025, Plaintiffs filed an unopposed motion requesting an extension of time in which to oppose the Motion to Transfer from June 2, 2025 to June 23, 2025 (the "Motion to Extend") [Dkt. 18];

**WHEREAS**, on June 3, 2025, the Honorable James B. Clark, III, granted Plaintiffs' Motion to Extend [Dkt. 19];

**WHEREAS**, on June 27, 2025, Defendants have requested an unopposed extension of time to reply to the Opposition to Motion to Transfer;

Good Cause Appearing, it is Hereby Ordered that:

Defendants' time in which to respond to the Opposition to Motion to Transfer is extended to July 21, 2025.

So ordered, this 30th day of June, 2025.

*s/ James B. Clark, III*
**HONORABLE JAMES B. CLARK, III**
**UNITED STATES MAGISTRATE JUDGE**

2