Jenny Kramer
**ALSTON & BIRD**
90 Park Avenue
New York, NY  10016-1387
Telephone: (212) 210-9420
Facsimile: (212) 910-9444
jenny.kramer@alston.com

*Attorney for Defendants*

*[Additional counsel on signature page]*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN BRITTON, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> POLESTAR AUTOMOTIVE HOLDING UK PLC, THOMAS INGENLATH, JOHAN MALMQVIST, and PER ANSGAR, <br><br> Defendants. | Case No: 2:25-cv-00840-CCC <br><br> **NOTICE OF SETTLEMENT AND STIPULATION TO STAY PROCEEDINGS AND [PROPOSED] ORDER** |

COME NOW, Timothy Bluto and Mohamed Soliman (together, "Co-Lead Plaintiffs"), and Defendants Polestar Automotive Holding UK PLC, Thomas Ingenlath, Johan Malmqvist, and Per Ansgar (collectively, "Defendants") (together with Co-Lead Plaintiffs, the "Parties"), by and through their respective undersigned

counsel, and submit this Notice of Settlement and Stipulation to Stay Proceedings and Proposed Order, stating as follows:

**WHEREAS** on January 30, 2025, Plaintiff John Britton filed a class action complaint in this Court for purported violations of Sections 10(b) and 20(a) of the Securities & Exchange Act of 1934 (15 U.S.C. §§ 78j(b) and 78t(a)) and Rule 10b-5 promulgated thereunder (17 C.F.R. § 240.10b-5) against Defendants, styled as *Britton v. Polestar Automotive Holding UK PLC, et al.*, No. 2:25-cv-00840-CCC (the "Action"), on behalf of investors that purchased Polestar securities between November 14, 2022 through January 16, 2025, inclusive [Dkt. 1];

**WHEREAS** on May 12, 2025, the Honorable James B. Clark, III, United States Magistrate Judge, appointed Co-Lead Plaintiffs to represent the putative class and The Rosen Law Firm, P.A. and Wolf Haldenstein Adler Freeman and Hertz LLP to serve as co-lead counsel in the Action [Dkt. 14];

**WHEREAS** the Parties filed a joint stipulation regarding a proposed case schedule on March 26, 2026 (the "Case Schedule"), which the Court entered on April 8, 2026 [Dkt. 29];

**WHEREAS** Co-Lead Plaintiffs filed an amended complaint on May 22, 2026 [Dkt. 30];

**WHEREAS** pursuant to the Case Schedule, Defendants must move to dismiss any amended complaint on or before July 21, 2026;

2

**WHEREAS** the Parties have reached a settlement in principle that will resolve all claims against Defendants in this putative class action;

**WHEREAS** the Parties are in the process of formalizing their settlement agreement;

**WHEREAS** the Parties jointly request that all deadlines and proceedings in this Action be stayed, and that any contemplated motion to dismiss practice be held in abeyance, pending the execution of the settlement agreement; and

**WHEREAS** Co-Lead Plaintiffs anticipate filing a motion for preliminary approval of the proposed class action settlement by September 14, 2026.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** among the Parties, subject to the Court's approval, as follows:

1.    All deadlines and proceedings in this Action are hereby stayed, pending the execution of the settlement agreement and filing of a motion for preliminary approval of the proposed class action settlement;

2.    Any contemplated motion to dismiss practice shall be held in abeyance during the stay; and

3.    If a motion for preliminary approval of the proposed class action settlement is not filed by September 14, 2026, the Parties shall file a joint status report advising the Court on the status of the settlement.

3

Dated: July 21, 2026

Respectfully submitted,

*/s/ Jenny Kramer*
Jenny Kramer
**ALSTON & BIRD**
90 Park Avenue
New York, NY  10016
Telephone: (212) 210-9420
Facsimile: (212) 210-9444
jenny.kramer@alston.com

*Attorneys for Defendants Polestar*
*Automotive Holding UK PLC, Thomas*
*Ingenlath, Johan Malmqvist, and Per*
*Ansgar*

*/s/ Laurence Rosen*
Laurence Rosen
**THE ROSEN LAW FIRM, P.A.**
One Gateway Center, Suite 2600
Newark, NJ 07102
Telephone: (973) 313-1887
Facsimile: (973) 833-0399
lrosen@rosenlegal.com

Malcolm T. Brown
**WOLF HALDENSTEIN ADLER**
**FREEMAN & HERZ LLP**
270 Madison Avenue
New York, NY 10016
Telephone: (212) 545-4600
Facsimile: (212) 686-0114
brown@whafh.com

*Attorneys for Co-Lead Plaintiffs*

4

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN BRITTON, Individually and on behalf of all others similarly situated, <br><br>     Plaintiff, <br><br>     v. <br><br> POLESTAR AUTOMOTIVE HOLDING UK PLC, THOMAS INGENLATH, JOHAN MALMQVIST, and PER ANSGAR, <br><br>     Defendants. | Case No: 2:25-cv-00840-CCC <br><br> **[PROPOSED] ORDER** |

## [PROPOSED] ORDER GRANTING PARTIES' STIPULATION

WHEREAS, the Court having considered this matter, and for good cause shown:

IT IS HEREBY ORDERED that all deadlines and proceedings in this Action are hereby stayed, pending the execution of the settlement agreement and filing of a motion for preliminary approval of the proposed class action settlement;

IT IS FURTHER ORDERED that any contemplated motion to dismiss practice shall be held in abeyance during the stay; and

IT IS FURTHER ORDERED that if a motion for preliminary approval of the proposed class action settlement is not filed by September 14, 2026, the Parties shall file a joint status report advising the Court on the status of the settlement.

So ordered, this _____ day of _____, 2026.

_____
Hon. Claire C. Cecchi, U.S.D.J.

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this 21st day of July, 2026, I served a copy of the foregoing document through the CM/ECF system upon all counsel of record.

*/s/ Jenny Kramer*
Jenny Kramer
