**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**(973) 776-7700**

CHAMBERS OF
**JAMES B. CLARK, III**
UNITED STATES MAGISTRATE JUDGE

U.S. COURTHOUSE
50 WALNUT STREET, ROOM 2060
NEWARK, NJ 07102

October 7, 2026

**LETTER ORDER**

**Re:** **Britton v. Polestar Automotive Holding UK PLC, et al.**
**Civil Action No. 25-840 (CCC)**

Dear Counsel,

In light of the telephonic preliminary approval hearing scheduled in this matter before the Undersigned on **November 12, 2026 at 1:00 PM**, the parties shall submit an executed Form AO 85 providing notice, consent, and reference of this action to the Undersigned for settlement approval purposes by no later than **October 28, 2026**.

**IT IS SO ORDERED**.

*s/ James B. Clark, III*
**JAMES B. CLARK, III**
**United States Magistrate Judge**